JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Bryant Penigar, | ) | Case No. **CV 11-6805-JFW (SPx)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| County of San Bernardino, et al., | ) | |
| Defendant. | ) | |

WHEREAS, the Court in its Order dated April 12, 2012 having dismissed Plaintiff Bryant Penigar's first claim for relief with prejudice;

WHEREAS, the Court in its Order dated April 12, 2012 having granted Defendant County of San Bernardino's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it;

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that:

1.   Judgment is hereby entered against Plaintiff Bryant Penigar, through Faye Porter, guardian ad litem, on his first and second claims for relief in this action; and

2.   Defendant County of San Bernardino shall recover from Plaintiff its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: April 12, 2012       _____
                                   JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE