1

2

3

4                                                          JS-6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   Bryant Penigar,              )   Case No. **CV 11-6805-JFW (SPx)**
                                   )
12              Plaintiff,         )   **JUDGMENT**
                                   )
13        v.                       )
                                   )
14   County of San Bernardino,     )
     et al.,                       )
15                                 )
                Defendant.         )
16   _____  )

17

18       WHEREAS, the Court in its Order dated April 12, 2012

19   having dismissed Plaintiff Bryant Penigar's first claim for

20   relief with prejudice;

21       WHEREAS, the Court in its Order dated April 12, 2012

22   having granted Defendant County of San Bernardino's motion

23   for summary judgment based on its determination that there

24   was no genuine issue as to any material fact and that

25   Defendant was entitled to judgment as a matter of law on all

26   claims for relief alleged against it;

27       IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND

28   DECREED, that:

1    1.   Judgment is hereby entered against Plaintiff Bryant

2 Penigar, through Faye Porter, guardian ad litem, on his first

3 and second claims for relief in this action; and

4    2.   Defendant County of San Bernardino shall recover from

5 Plaintiff its costs of suit in the sum of $_____.

6    The Clerk is ordered to enter this Judgment.

7

8 Dated: April 12, 2012      _____

9                              JOHN F. WALTER
                          UNITED STATES DISTRICT JUDGE

2